JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SA CV09-0439-DOC(RNBx)                                   Date  August 5, 2009

Title   JANET GUERRERO -V- WALT DISNEY WORLD CO.

---

Present: The Honorable          DAVID O. CARTER

| Kristee Hopkins | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings:   (In Chambers)   ORDER DISMISSING CASE WITHOUT PREJUDICE


On July 13, 2009, this matter was consolidated into case  SACV09-438 DOC(RNBx): Ricardo Guerrero -v- The Walt Disney Company .

A Consolidated Complaint was filed in lead case SACV09-438 on July 23, 2009. Accordingly, the Court orders this matter dismissed.




                                                                                    :     0

                                                        Initials of Preparer   kh